# AFFIDAVIT OF SERVICE

3/8/2021 10:00 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 51234836
By: Joshua Revell
Filed: 3/8/2021 10:00 AM

State of Texas                          County of Harris                          164th Judicial District Court

Case Number: 202109161

Plaintiff:
**Jentel Johnson**

vs.

Defendant:
**Contract Freighters, Inc.**

For:
The Buzbee Law Firm
600 Travis
Suite 6850
Houston, TX 77002

Received by Court Record Research on the 2nd day of March, 2021 at 3:59 pm to be served on **Contract Freighters Inc (A Foreign For-Profit Corporation) by serving its Registered Agent Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Tom Kroll, being duly sworn, depose and say that on the **3rd day of March, 2021** at **9:20 am, I:**

delivered to the **REGISTERED AGENT** by delivering a true copy of the **Citation and Plaintiff's Original Petition** with the date of delivery endorsed thereon by me, to **Samantha Guerra, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company** as the designated agent to accept service of process at the address of **211 E 7th Street, Suite 620, Austin, Travis County, TX 78701** on behalf of **Contract Freighters Inc (A Foreign For-Profit Corporation)** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 3rd
day of March, 2021 by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

**NICOLE M. WADE**
My Notary ID # 129086987
Expires August 9, 2024

**Tom Kroll**
PSC-3012, Exp. 8/31/2021

3/3/21
_____
Date

**Court Record Research**
**1320 Quitman Street**
**Houston, TX 77009**
**(713) 227-3353**

Our Job Serial Number: ATX-2021002088
Ref: 2021.03.537966

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t