# 2021-09161

**COURT:** 164th
**FILED DATE:** 2/12/2021
**CASE TYPE:** Other Injury or Damage



### JOHNSON, JENTEL

Attorney: BUZBEE, ANTHONY GLENN

### vs.

### CONTRACT FREIGHTERS INC

| Docket Sheet Entries ||
|---|---|
| Date | Comment |