IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JENTEL JOHNSON** | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | Civil Action No. 4:21-cv-00879 |
| | § | |
| **CONTRACT FREIGHTERS, INC.** | § | |
| Defendant. | § | |

**CONTRACT FREIGHTERS, INC.'S CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE U.S. DISTRICT COURT JUDGE:

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, **CONTRACT FREIGHTERS, INC.**, files this Disclosure of Financially Interested Parties and states that the following parties have a financial interest in the outcome of this litigation. Publicly traded companies are designated with an underline:

Jentel Johnson
Plaintiff
In care of his attorneys,
Anthony G. Buzbee
Ryan S. Pigg
Cornelia Brandfield-Harvey
THE BUZBEE LAW FIRM
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002

Contract Freighters, Inc. d/b/a CFI
Defendant
In care of the undersigned attorneys

TFI International Inc.
8801 Trans-Canada
Highway, Suite 500
Saint-Laurent, QC
H4S 1Z6
514-331-4000

Parent company of CFI and
Publicly traded on the New York Stock Exchange
As "TFI"

634950.1 PLD 0001426 21577 ERB

        Respectfully submitted,
        **LORANCE THOMPSON**

        */s/ Eric R. Benton*
        Eric R. Benton
        Attorney-in-Charge
        SBN: 00797890
        Federal ID: 20751
        2900 North Loop West, Suite 500
        Houston, Texas 77092
        Telephone: (713) 868-5560
        Facsimile: (713) 864-46713
        E-Mail: erb@lorancethompson.com
        ***Attorney for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2021, a true and correct copy of the foregoing instrument was served by facsimile, e-file, U.S. Mail and/or certified mail, return receipt requested, to the following counsel of record:

Anthony G. Buzbee
Ryan S. Pigg
Cornelia Brandfield-Harvey
THE BUZBEE LAW FIRM
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Email: tbuzbee@txattorneys.com
Email: rpigg@txattorneys.com
Email: cbrandfieldharvey@txattorneys.com

        */s/ Eric R. Benton*
        Eric R. Benton