IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENTEL JOHNSON | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | Civil Action No. 4:21-cv-00879 |
| | § | |
| CONTRACT FREIGHTERS, INC. | § | |
| Defendant. | § | |

### ORDER ON DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFF'S CLAIMS PURSUANT TO RULE 12 (B) (6)

On this day, came on to be heard Defendant, CONTRACT FREIGHTERS, INC.'s Motion to Dismiss Plaintiff's claims of negligence per se, negligent hiring, supervision, training and retention, negligent exercise of control, and gross negligence, and after consideration of the pleadings, arguments of counsel, and any testimony presented, the Court finds that the motion:

1. With respect to claims of **negligence per se,** Defendant's motion in the above-styled and numbered cause be and is hereby

    _____ GRANTED _____ DENIED

2. With respect to claims of **negligent hiring**, Defendant's motion in the above-styled and numbered cause be and is hereby

    _____ GRANTED _____ DENIED

3. With respect to claims of **negligent supervision, training and retention**, Defendant's motion in the above-styled and numbered cause be and is hereby

    _____ GRANTED _____ DENIED

4. With respect to claims of **negligent exercise of control**, Defendant's motion in the above-styled and numbered cause be and is hereby

_____ GRANTED _____ DENIED

5. With respect to claims of **gross negligence**, Defendant's motion in the above-styled and numbered cause be and is hereby

_____ GRANTED _____ DENIED

SIGNED this _____ day of _____, 2021.

_____
JUDGE PRESIDING