United States District Court
Southern District of Texas
**ENTERED**
February 23, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENTEL JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-00879 |
| | § | |
| CONTRACT FREIGHTERS, INC., | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER</u>

Before the Court is the parties' Joint Stipulation of Dismissal. Doc. #33. Plaintiff and Defendant have settled all claims against each other. In accordance with the parties' Stipulation of Dismissal and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this action be DISMISSED with prejudice. Each party shall bear its own costs, expenses, and attorney's fees.

It is so ORDERED.

_____
FEB 2 2 2023
Date

_____
The Honorable Alfred H. Bennett
United States District Judge